FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 2 - 2010
GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 01820 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DIANE F. BRANTHOOVER,

    Plaintiff,

v.

CYNTHIA SILVA BURBACH, Individually and in her Official Capacity as Toxicologist for the Department of Health and Environment, State of Colorado,
JASON GALLEGOS, Individually and in his Official Capacity as Deputy for Adams County Colorado Sheriff's Department,
DARYL STADLER, Individually and in his Official Capacity as Deputy for Adams County Colorado Sheriff's Department,
MICHELLE CHOSTNER, Individually and in her Official Capacity as Assistant County Attorney, Adams County, Colorado,
ROBERT S. DOYLE, Individually and in his Official Capacity as Adams County Judge, Adams County, Colorado, and
C. VINCENT PHELPS, Individually and in his Official Capacity as Adams County District Judge, Adams County, Colorado,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Civil Cover Sheet, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a "Civil Rights Complaint 28 U.S.C. § 1343(a)(1)(2)(3) With Jury Demand 42 USC Sections 1983, 1985, 1986 and 1988" and an "Addendum to Complaint." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) _X_ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of July, 2010.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10 – CV – 01820

Diane F. Branthoover
1211 E. 62nd Ave.
Denver, CO 80216

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on  8/2/10

GREGORY C. LANGHAM, CLERK

By: _____
　　　　　Deputy Clerk